IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IN RE THE NAME CHANGE OF
JASON LANE MERCHANT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D15-1565

_____/

Opinion filed May 4, 2015.

An appeal from an order of the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Benjamin James Stevenson, ACLU Foundation of Florida, Inc., Pensacola; Daniel
B. Tilley and Nancy G. Abudu, ACLU Foundation of Florida, Inc., Miami; and
John Glassman, Pensacola, for Appellant.

PER CURIAM.

        DISMISSED.

LEWIS, C. J., WETHERELL and RAY, JJ., CONCUR.